GRAZELDA GREAVES et al., Respondents, *v.* JUSTINA HUSBAND, Appellant.

*Equity — false representations — real property — action to compel reconveyance of real property.*

*Greaves* v. *Husband*, 208 App. Div. 787, modified.

(Argued May 21, 1924; decided June 6, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1924, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was to compel a reconveyance to the plaintiffs of their interests in certain real property theretofore conveyed by them to their sister, the defendant. The property in question was left by their mother, who died intestate. It was alleged that plaintiffs were induced by false statements of their spiritual and business adviser to transfer their interests in the property.

*Julius S. Belfer* and *Charles J. Belfer* for appellant.

*Thomas L. Higgins* for respondents.

Judgments modified by providing that as a condition of reconveyance by defendant there be allowed her any amount due for carrying charges against said premises, to be determined on an accounting, and that either party

may apply to the Supreme Court on the foot of the judgments for the appointment of a referee to hear such accounting, and that as so modified the judgment be affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.